DOUGLAS O. ROBERTSON, Suing for Himself as Stockholder and All Other Stockholders of MARINE TRANSIT CORPORATION in Like Situation Who Shall Choose to Make Themselves Parties to This Action, Plaintiff, v. JOHN D. SCHOONMAKER and Others, Defendants, Impleaded with GERALD A. FAGAN, Respondent, and KINGSTON DRY DOCK & CONSTRUCTION Co., INC., Appellant.— Order in a stockholder's derivative action denying motion of defendant Kingston Dry Dock & Construction Co., Inc., to vacate receivership affirmed, without costs, on condition that within five days from the entry of the order herein the defendant, respondent, consent to proceed to trial within twenty days, at which time this court directs the case to be placed on the Special Term calendar to be tried subject to the direction of the justice then presiding; and in default of such consent, the order denying the motion to vacate the receivership, so far as the Kingston Dry Dock & Construction Co., Inc., is concerned, is reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

BERTHA ROCHLITZ, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Order granting plaintiff's motion to transfer to the Supreme Court the action then pending in the City Court of the City of New York affirmed, with twenty-five dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

FRANCES SEGAL, Respondent, v. BARNET EDELSTEIN, Appellant. DAVID S. SEGAL, Respondent, v. BARNET EDELSTEIN, Appellant.— Action by plaintiff Frances Segal to recover damages for personal injuries sustained when she fell on a stairway in a house owned by the defendant and in a part of which she lived as a tenant. Action by David S. Segal, husband of Frances Segal, for expenses and loss of services. Judgments for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

JACOB SILMAN, Appellant, v. AMERICAN JEWISH PUBLISHING CORPORATION and Another, Respondents.— In an action for libel, an order setting aside the verdict in favor of the plaintiff and granting a new trial unanimously affirmed, with costs to respondents to abide the event. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

ABEL DIAS SILVA, Respondent, v. HENRY GROSSMAN and Another, Appellants.— Order denying defendants' motion to open the default in pleading on the ground of laches and that it did not appear that the defendants had a meritorious defense affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

JENNIE SONNENBERG, Respondent, v. HARRY SONNENBERG, Appellant.— Order opening, upon terms, defendant's default in answering in a separation action affirmed, without costs. No opinion. The proposed answer may be served within ten days after compliance with the conditions of the order appealed from. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.